FILED IN OPEN COURT
ON 8/13/14 SNT
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO.: 7:14-CR-9-FL-4

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER ON |
| ) | MOTION TO SEAL |
| JONATHAN SHIPMAN, ) | |
| **Defendant** ) | |

This matter is before the Court on Defendant's Motion to Seal, requesting that Defendant's Sentencing Memorandum be filed under seal.

FOR GOOD CAUSE SHOWN, the Motion is allowed and the Clerk is directed to file under seal Defendant's Sentencing Memorandum.

This 13 day of August, 2014.

_____
DISTRICT COURT JUDGE